UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR COLEMAN, | Case No. SACV 10-108 R(JC) |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| JOE ARPAIO, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Second Amended Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition"), all of the records herein, and the attached Superseding Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the United States Magistrate Judge's Superseding Report and Recommendation.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action without prejudice.

///
///
///

1  IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Superseding Report and Recommendation, and the Judgment herein on petitioner and on any counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: _APRIL 14, 2010_

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE