# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTHUR COLEMAN, | ) | Case No. SACV 10-108 R(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| JOE ARPAIO, et al., | ) | |
| Respondents. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative Second Amended Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

DATED: April 14, 2010_

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE